```
                                        ___ FILED      ___ ENTERED
                                        ___ LODGED     ___ RECEIVED

                                              JAN 25 2010    LK

                                              AT SEATTLE
                                        CLERK U.S. DISTRICT COURT
                                      WESTERN DISTRICT OF WASHINGTON
                                                              DEPUTY
```



09-CV-01632-APPR

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| A. ADRIAN RODRIGUEZ<br>Plaintiff/Petitioner | Cause #:  CV9 1632RAJ |
| VS.<br>FEDERAL DEPOSIT INSURANCE CORPORATION<br>Defendant/Respondent | Declaration of Service of:<br>SUMMONS IN A CIVIL ACTION; COMPLAINT;<br><br>Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jan 15 2010  3:45PM at the address of 700 STEWART AVE SUITE 5220 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon FEDERAL DEPOSIT INSURANCE CORPORATION   by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with SANDRA ZUBER BOWERS, INFORMATION SECRETARY IN THE OFFICE OF THE U.S. ATTORNEY.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: January 22, 2010 at Seattle, WA

by _____          Service Fee Total: $ 40.64
       J. Bradford



ABC Legal Services, Inc.
206 521-9000
Tracking #: 6149581

**ORIGINAL**
**PROOF OF SERVICE**

Page 1 of 1

RODRIGUEZ
Coulter Martin Smith PLLC
1741 1st Ave S. Suite 200
Seattle, WA   98134
206 957-8181

09-CV-00504-CNST

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| DAVID M. WILLIAMS<br>　　　　Plaintiff/Petitioner | Cause #:   C09-0504 |
| vs.<br>FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS CAPACITY AS RECEIVER FOR WASHINGTON MUTUAL BANK<br>　　　　Defendant/Respondent | Declaration of Service of:<br>SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR BREACH OF CHANGE IN CONTROL AGREEMENT<br><br>Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Apr 16 2009 12:15PM at the address of 700 STEWART AVE SUITE 5220 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS CAPACITY AS RECEIVER FOR WASHINGTON MUTAL BANK  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with GAIL MCELROY, HUMAN RESOURCES ASSISTANT IN THE OFFICE OF THE U.S. ATTORNEY.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: April 21, 2009 at Seattle, WA

by _____
　　　　J. Bradford

Service Fee Total: $ 40.64



ABC Legal Services, Inc.
206 521-9000
Tracking #: 5792424

**ORIGINAL
PROOF OF SERVICE**

Page 1 of 1

Strong, Sidney
600 University St, #2100
Seattle, WA   98101
206 623-5221